# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Ilene Grossbard and Burt Eiseman, on their own behalf and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Securities America, Inc., Securities America Financial Corporation and Ameriprise Financial, Inc.,<br><br>　　　　Defendants. | CASE NO.  8:09cv350<br><br><br>ORDER |

This matter came before the Court upon a Stipulation and Joint Motion of the parties for Extension of Time to File Reply Briefs in Support of Motions to Dismiss until January 12, 2010.  The Court, upon consideration of said Motion, hereby finds that it should be granted.

IT IS ORDERED, that the Defendants' shall have until January 12, 2010, to file reply briefs in support of Defendants' motions to dismiss.

Dated this 28th day of December, 2009.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Chief District Judge