CLOSED, MDL, TRIAL–OMAHA

# U.S. District Court
## District of Nebraska (8 Omaha)
## CIVIL DOCKET FOR CASE #: 8:09–cv–00350–JFB–TDT

| | |
|---|---|
| Grossbard v Securities America Financial Corporation | Date Filed: 10/01/2009 |
| Assigned to: Chief Judge Joseph F. Bataillon | Date Terminated: 04/22/2010 |
| Referred to: Magistrate Judge Thomas D. Thalken | Jury Demand: Plaintiff |
| Cause: 12:22 Securities Fraud | Nature of Suit: 160 Stockholders Suits |
| | Jurisdiction: Diversity |

**Plaintiff**

**Ilene Grossbard**
*on their own behalves and on behalf of all those similarly situated*

represented by **Brian J. Brislen**
LAMSON, DUGAN LAW FIRM
10306 Regency Parkway Drive
Omaha, NE 68114–3743
(402) 397–7300
Fax: (402) 397–7824
Email: bbrislen@ldmlaw.com
*ATTORNEY TO BE NOTICED*

**David A. Rothstein**
DIMOND, KAPLAN LAW FIRM – COCONUT GROVE
2665 South Bayshore Drive
Suite PH2–B, Offices at Grand Bay Plaza
Coconut Grove, FL 33133
(305) 374–1920
Fax: (305) 374–1961
Email: DRothstein@dkrpa.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared A. Levy**
DIMOND, KAPLAN LAW FIRM–WEST PALM BEACH
525 South Flagler Drive
Suite 200
West Palm Beach, FL 33401
(561) 671–1920
Fax: (561) 671–1951
Email: jlevy@dkrpa.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Kaplan**
DIMOND, KAPLAN LAW FIRM – COCONUT GROVE
2665 South Bayshore Drive
Suite PH2–B, Offices at Grand Bay Plaza
Coconut Grove, FL 33133
(305) 374–1920
Fax: (305) 374–1961

Email: JKaplan@dkrpa.com
*ATTORNEY TO BE NOTICED*

**Lorenz M. Pruss**
DIMOND, KAPLAN LAW FIRM – COCONUT GROVE
2665 South Bayshore Drive
Suite PH2–B, Offices at Grand Bay Plaza
Coconut Grove, FL 33133
(305) 374–1920
Fax: (305) 374–1961
Email: LPruss@dkrpa.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott L. Adkins**
SONN, EREZ LAW FIRM
500 East Broward Boulevard
Suite 1600
Fort Lauderdale, FL 33394
(954) 763–4700
Fax: (954) 763–1866
Email: sadkins@sonnerez.com
*TERMINATED: 03/08/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott L. Silver**
BLUM, SILVER LAW FIRM
12540 West Atlantic Boulevard
Coral Springs, FL 33071
(954) 255–8181
Fax: (954) 255–8175
Email: silver@stockattorneys.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stacy L. Morris**
LAMSON, DUGAN LAW FIRM
10306 Regency Parkway Drive
Omaha, NE 68114–3743
(402) 397–7300
Fax: (402) 397–7824
Email: slm@ldmlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Burt Eiseman**
*on their own behalves and on behalf of all those similarly situated*

represented by **Brian J. Brislen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Rothstein**
DIMOND, KAPLAN LAW FIRM
2665 South Bayshore Drive

Suite PH2–B, Offices at Grand Bay Plaza
Coconut Grove, FL 33133
(305) 374–1920
Fax: (305) 374–1961
Email: DRothstein@dkrpa.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared A. Levy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Kaplan**
DIMOND, KAPLAN LAW FIRM
2665 South Bayshore Drive
Suite PH2–B, Offices at Grand Bay Plaza
Coconut Grove, FL 33133
(305) 374–1920
Fax: (305) 374–1961
Email: JKaplan@dkrpa.com
*ATTORNEY TO BE NOTICED*

**Lorenz M. Pruss**
DIMOND, KAPLAN LAW FIRM
2665 South Bayshore Drive
Suite PH2–B, Offices at Grand Bay Plaza
Coconut Grove, FL 33133
(305) 374–1920
Fax: (305) 374–1961
Email: LPruss@dkrpa.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott L. Adkins**
(See above for address)
*TERMINATED: 03/08/2010*
*PRO HAC VICE*

**Stacy L. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Securities America Financial Corporation**   represented by   **Bruce M. Bettigole**
SUTHERLAND, ASBILL LAW FIRM – WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20004–2415
(202) 383–0858
Fax: (202) 637–3593

Email: bruce.bettigole@sutherland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah G. Heilizer**
SUTHERLAND, ASBILL LAW FIRM – WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20004–2415
(202) 383–0858
Fax: (202) 637–3593
Email: deb.heilizer@sutherland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Bausch**
CLINE, WILLIAMS LAW FIRM – OMAHA
1125 South 103rd Street
Suite 600, One Pacific Place
Omaha, NE 68124–6019
(402) 397–1700
Fax: (402) 397–1806
Email: jbausch@clinewilliams.com
*ATTORNEY TO BE NOTICED*

**Megan S. Wright**
CLINE, WILLIAMS LAW FIRM – OMAHA
1125 South 103rd Street
Suite 600, One Pacific Place
Omaha, NE 68124–6019
(402) 397–1700
Fax: (402) 397–1806
Email: mwright@clinewilliams.com
*ATTORNEY TO BE NOTICED*

**Nicholas T. Christakos**
SUTHERLAND, ASBILL LAW FIRM – WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20004–2415
(202) 383–0184
Fax: (202) 637–3593
Email: nicholas.christakos@sutherland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Ligh**
SUTHLERLAND, ASBILL – NEW YORK
1114 Avenue of the Americas
40th Floor
New York, NY 10036–7703
(212) 389–5029
Fax: (212) 389–5099
Email: peter.ligh@sutherland.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
CLINE, WILLIAMS LAW FIRM – OMAHA
1125 South 103rd Street
Suite 600, One Pacific Place
Omaha, NE 68124–6019
(402) 397–1700
Fax: (402) 397–1806
Email: rickjeffries@clinewilliams.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Securities America, Inc.**                          represented by **Bruce M. Bettigole**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah G. Heilizer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Bausch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan S. Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas T. Christakos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Ligh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ameriprise Financial, Inc.**                         represented by **Bruce M. Bettigole**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah G. Heilizer**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Bausch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan S. Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas T. Christakos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Ligh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2009 | Ï 1 | COMPLAINT with jury demand against all defendants ( Filing fee $ 350, receipt number 08670000000001614267), by Attorney Brian J. Brislen on behalf of Ilene Grossbard (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Brislen, Brian) (Entered: 10/01/2009) |
| 10/02/2009 | Ï 2 | TEXT NOTICE OF JUDGES ASSIGNED: Chief Judge Joseph F. Bataillon and Magistrate Judge F. A. Gossett assigned. (PCV, ) (Entered: 10/02/2009) |
| 10/02/2009 | Ï 3 | ATTORNEY LETTER by Clerk that Attorney David A. Rothstein has not registered for admittance to practice registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 10/02/2009) |
| 10/02/2009 | Ï 4 | ATTORNEY LETTER by Clerk that Attorney Jeffrey B. Kaplan has not registered for admittance to practice registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 10/02/2009) |
| 10/02/2009 | Ï 5 | ATTORNEY LETTER by Clerk that Attorney Lorenz M. Pruss has not registered for admittance to practice registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 10/02/2009) |
| 10/02/2009 | Ï 6 | REASSIGNMENT ORDER – This case remains assigned to District Judge Joseph F. Bataillon for disposition and is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters. Ordered by Chief Judge Joseph F. Bataillon. (Copy mailed to pro se party)(MKR) (Entered: 10/02/2009) |
| 10/02/2009 | Ï 7 | Summons Requested as to all defendants regarding Complaint 1 . (Brislen, Brian) (Entered: |

| | | |
|---|---|---|
| | | 10/02/2009) |
| 10/02/2009 | Ï 8 | ATTORNEY LETTER by Clerk that Attorney Scott L. Silver has not registered for admittance to practice registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 10/02/2009) |
| 10/02/2009 | Ï 9 | ATTORNEY LETTER by Clerk that Attorney Scott L. Adkins has not registered for admittance to practice registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 10/02/2009) |
| 10/05/2009 | Ï 10 | Summons Issued as to defendant Securities America Financial Corporation, Securities America, Inc., Ameriprise Financial, Inc. YOU MUST PRINT YOUR ISSUED SUMMONS, WHICH ARE ATTACHED TO THIS DOCUMENT. PAPER COPIES WILL NOT BE MAILED. (TCL ) (Entered: 10/05/2009) |
| 10/07/2009 | Ï 11 | APPLICATION/ORDER admitting pro hac vice Attorney Scott L. Adkins for Plaintiff Ilene Grossbard. Ordered by Deputy Clerk. (KBJ) (Entered: 10/08/2009) |
| 10/16/2009 | Ï 12 | NOTICE *of Status of Pro Hac Vice Admissions* by Attorney Brian J. Brislen on behalf of Plaintiff Ilene Grossbard (Brislen, Brian) (Entered: 10/16/2009) |
| 10/19/2009 | Ï 13 | APPLICATION/ORDER admitting pro hac vice Attorney David A. Rothstein for Plaintiff Ilene Grossbard. Ordered by Deputy Clerk. (Copies mailed as directed)(KBJ) (Entered: 10/20/2009) |
| 10/19/2009 | Ï 14 | APPLICATION/ORDER admitting pro hac vice Attorney Lorenz M. Pruss for Plaintiff Ilene Grossbard. Ordered by Deputy Clerk. (Copies mailed as directed)(KBJ) (Entered: 10/20/2009) |
| 10/20/2009 | Ï 15 | ATTORNEY LETTER by Clerk that Attorney David A. Rothstein has not registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (KBJ) (Entered: 10/20/2009) |
| 10/20/2009 | Ï 16 | ATTORNEY LETTER by Clerk that Attorney Lorenz M. Pruss has not registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (KBJ) (Entered: 10/20/2009) |
| 10/21/2009 | Ï 17 | APPLICATION/ORDER admitting pro hac vice Attorney Scott L. Silver for Plaintiff Ilene Grossbard. Ordered by Deputy Clerk. (CJP) (Entered: 10/21/2009) |
| 10/21/2009 | Ï 18 | APPLICATION/ORDER admitting pro hac vice Attorney Jeffrey B Kaplan for Plaintiff Ilene Grossbard. Ordered by Deputy Clerk. (CJP) (Entered: 10/21/2009) |
| 10/21/2009 | Ï 19 | SUMMONS Returned Executed upon defendant Securities America Financial Corporation on 10/7/2009; Securities America, Inc. on 10/7/2009; Ameriprise Financial, Inc. on 10/7/2009. (Brislen, Brian) (Entered: 10/21/2009) |
| 10/26/2009 | Ï 20 | MOTION for Extension of Time to File Answer by Attorney Megan S. Wright on behalf of Defendants Securities America Financial Corporation, Securities America, Inc., Ameriprise Financial, Inc..(Wright, Megan) (Entered: 10/26/2009) |
| 10/26/2009 | Ï 21 | NOTICE regarding Complaint 1 *Request for Place of Trial at Omaha, Nebraska* by Attorney Brian J. Brislen on behalf of Plaintiff Ilene Grossbard (Brislen, Brian) (Entered: 10/26/2009) |
| 10/26/2009 | Ï 22 | TEXT ORDER granting 20 Motion for Extension of Time to Answer. Securities America Financial Corporation answer due 11/27/2009; Securities America, Inc. answer due 11/27/2009; |

| | | |
|---|---|---|
| | | Ameriprise Financial, Inc. answer due 11/27/2009. Ordered by Deputy Clerk. (Copy mailed)(MKR) (Entered: 10/26/2009) |
| 10/27/2009 | 23 | ATTORNEY LETTER by Clerk that Attorney Peter Ligh has not registered for admittance to practice registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR ) (Entered: 10/27/2009) |
| 10/27/2009 | 24 | ATTORNEY LETTER by Clerk that Attorney Bruce Bettigole has not registered for admittance to practice registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 10/27/2009) |
| 10/27/2009 | 25 | ATTORNEY LETTER by Clerk that Attorney Deborah G. Heilizer has not registered for admittance to practiceregistered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 10/27/2009) |
| 10/27/2009 | 26 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Defendants Securities America Financial Corporation, Securities America, Inc., Ameriprise Financial, Inc.. Pursuant to Fed. R. Civ. P. 7.1, non–governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(MKR) (Entered: 10/27/2009) |
| 11/03/2009 | 27 | AMENDED COMPLAINT *Amended Class Action Complaint and Jury Demand* against Defendant Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc., by Attorney Brian J. Brislen on behalf of Ilene Grossbard, Burt Eiseman (Attachments: # 1 Exhibit A – MP IV's Form D filings, # 2 Exhibit B – MP V's Form D filing, # 3 Exhibit C – "Risks of Reg D" article)(Brislen, Brian) (Entered: 11/03/2009) |
| 11/04/2009 | 28 | APPLICATION/ORDER admitting pro hac vice Attorney Peter Ligh for Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc. Ordered by Deputy Clerk. (KBJ) (Entered: 11/04/2009) |
| 11/04/2009 | 29 | APPLICATION/ORDER admitting pro hac vice Attorney Bruce M. Bettigole for Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc. Ordered by Deputy Clerk. (KBJ) (Entered: 11/04/2009) |
| 11/04/2009 | 30 | APPLICATION/ORDER admitting pro hac vice Attorney Deborah G. Heilizer for Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc. Ordered by Deputy Clerk. (KBJ) (Entered: 11/04/2009) |
| 11/04/2009 | 31 | ATTORNEY LETTER by Clerk that Attorney Jared A. Levy has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MBM) (Entered: 11/04/2009) |
| 11/09/2009 | 32 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 by Attorney Megan S. Wright on behalf of Defendant Securities America, Inc..(Wright, Megan) (Entered: 11/09/2009) |
| 11/09/2009 | 33 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 by Attorney Megan S. Wright on behalf of Defendant Securities America Financial Corporation.(Wright, Megan) |

| | | |
|---|---|---|
| | | (Entered: 11/09/2009) |
| 11/09/2009 | 34 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 by Attorney Megan S. Wright on behalf of Defendant Ameriprise Financial, Inc..(Wright, Megan) (Entered: 11/09/2009) |
| 11/10/2009 | 35 | Certificate *of Service* by Attorney Megan S. Wright on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc..(Wright, Megan) (Entered: 11/10/2009) |
| 11/17/2009 | 36 | APPLICATION/ORDER admitting pro hac vice Attorney Jared A. Levy for Plaintiffs Burt Eiseman and Ilene Grossbard. Ordered by Deputy Clerk. (JSF) (Entered: 11/17/2009) |
| 11/25/2009 | 37 | MOTION to Dismiss *the Amended Complaint* by Attorney Megan S. Wright on behalf of Defendant Securities America, Inc..(Wright, Megan) (Entered: 11/25/2009) |
| 11/25/2009 | 38 | BRIEF in support of MOTION to Dismiss *the Amended Complaint* 37 by Attorney Megan S. Wright on behalf of Defendant Securities America, Inc..(Wright, Megan) (Entered: 11/25/2009) |
| 11/25/2009 | 39 | MOTION to Dismiss *the Amended Complaint* by Attorney Megan S. Wright on behalf of Defendant Ameriprise Financial, Inc..(Wright, Megan) (Entered: 11/25/2009) |
| 11/25/2009 | 40 | BRIEF in support of MOTION to Dismiss *the Amended Complaint* 39 by Attorney Megan S. Wright on behalf of Defendant Ameriprise Financial, Inc..(Wright, Megan) (Entered: 11/25/2009) |
| 11/25/2009 | 41 | MOTION to Dismiss *the Amended Complaint* by Attorney Megan S. Wright on behalf of Defendant Securities America Financial Corporation.(Wright, Megan) (Entered: 11/25/2009) |
| 12/02/2009 | 42 | SCHEDULING PACKET – Rule 26 Meeting Report Deadline set for 12/21/2009. Ordered by Magistrate Judge Thomas D. Thalken. (PAV) (Entered: 12/02/2009) |
| 12/16/2009 | 43 | NOTICE *of Service of Rule 26(a)(1) Disclosures* by Attorney Brian J. Brislen on behalf of Plaintiffs Burt Eiseman, Ilene Grossbard (Brislen, Brian) (Entered: 12/16/2009) |
| 12/18/2009 | 44 | BRIEF in opposition to MOTION to Dismiss *the Amended Complaint* 41 , MOTION to Dismiss *the Amended Complaint* 39 , MOTION to Dismiss *the Amended Complaint* 37 by Attorney Brian J. Brislen on behalf of Plaintiffs Burt Eiseman, Ilene Grossbard.(Brislen, Brian) (Entered: 12/18/2009) |
| 12/18/2009 | 45 | INDEX in support of Brief, 44 *In opposition to Defendants' Motions to Dismiss* by Attorney Brian J. Brislen on behalf of Plaintiffs Burt Eiseman, Ilene Grossbard. (Attachments: # 1 Exhibit 1, # 2 Exhibit A to Exhibit 1, # 3 Exhibit B to Exhibit 1, # 4 Exhibit C to Exhibit 1, # 5 Exhibit D to Exhibit 1)(Brislen, Brian) (Entered: 12/18/2009) |
| 12/19/2009 | 46 | NOTICE *of Withdrawal Of Plaintiffs' Brief [Dkt. No. 44] and Filing of Corrected Brief* by Attorney Scott L. Adkins on behalf of Plaintiff Ilene Grossbard (Adkins, Scott) (Entered: 12/19/2009) |
| 12/19/2009 | 47 | BRIEF in opposition to *Defendants' Motions To Dismiss The Amended Complaint* by Attorney Scott L. Adkins on behalf of Plaintiff Ilene Grossbard.(Adkins, Scott) (Entered: 12/19/2009) |
| 12/19/2009 | 48 | BRIEF in opposition to *Defendants' Motions To Dismiss The Amended Complaint* by Attorney Scott L. Adkins on behalf of Plaintiff Ilene Grossbard.(Adkins, Scott) (Entered: 12/19/2009) |
| 12/21/2009 | 49 | MOTION to Extend *Time to Submit Rule 26(f) Report* by Attorney Megan S. Wright on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc..(Wright, Megan) (Entered: 12/21/2009) |

| | | |
|---|---|---|
| 12/21/2009 | 50 | NOTICE regarding Scheduling Packet 42 by Attorney Brian J. Brislen on behalf of Plaintiffs Burt Eiseman, Ilene Grossbard (Brislen, Brian) (Entered: 12/21/2009) |
| 12/21/2009 | 51 | NOTICE of filing documents with the MDL Panel by attorney Jonathan K. Levine on behalf of the lead plaintiff the McCoy Group in litigation pending before the Central District of California. (JSF) (Entered: 12/22/2009) |
| 12/24/2009 | 52 | Joint MOTION to Extend *Time to File Reply Briefs in Support of Motions to Dismiss* by Attorney Megan S. Wright on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc..(Wright, Megan) (Entered: 12/24/2009) |
| 12/28/2009 | 53 | ORDER granting 52 Motion to Extend Time. The defendants shall have until 1/12/2010 to file reply briefs in support of defendants' motions to dismiss. Ordered by Chief Judge Joseph F. Bataillon. (JSF) (Entered: 12/29/2009) |
| 12/30/2009 | 54 | NOTICE regarding Scheduling Packet 42 by Attorney Stacy L. Morris on behalf of Plaintiffs Burt Eiseman, Ilene Grossbard (Morris, Stacy) (Entered: 12/30/2009) |
| 12/31/2009 | 55 | TEXT ORDER granting 49 Motion to Extend. Upon review of the record and the plaintiff's response, the parties shall have until January 11, 2010, to file a joint planning report as required by Fed. R. Civ. P. 26(f). Ordered by Magistrate Judge Thomas D. Thalken. (TRL) (Entered: 12/31/2009) |
| 01/07/2010 | 56 | NOTICE of filing documents with the MDL Panel by Attorney Jonathan K. Levine on behalf of the lead plaintiff the McCoy Group in litigation pending before the Central District of California. (TCL ) (Entered: 01/08/2010) |
| 01/11/2010 | 57 | REPORT of Rule 26(f) Planning Meeting by Attorney Scott L. Adkins on behalf of Plaintiff Ilene Grossbard.(Adkins, Scott) (Entered: 01/11/2010) |
| 01/12/2010 | 58 | TEXT NOTICE OF DEFICIENCY by Deputy Clerk that the Report of Rule 26(f) Planning Meeting 57 has been filed and is considered deficient due to no certificate of service. The plaintiff shall correct the deficiency within 15 days of the date of this entry or the pleading may be stricken from the record of this case. See NECivR 5.4(c) regarding certificates of service.(MLF, ) (Entered: 01/12/2010) |
| 01/12/2010 | 59 | REPORT of Rule 26(f) Planning Meeting *with Certificate of Service* by Attorney Stacy L. Morris on behalf of Plaintiffs Burt Eiseman, Ilene Grossbard.(Morris, Stacy) (Entered: 01/12/2010) |
| 01/12/2010 | 60 | REPLY BRIEF in support of MOTION to Dismiss *the Amended Complaint* 39 by Attorney Megan S. Wright on behalf of Defendant Ameriprise Financial, Inc..(Wright, Megan) (Entered: 01/12/2010) |
| 01/12/2010 | 61 | REPLY BRIEF in support of MOTION to Dismiss *the Amended Complaint* 37 by Attorney Megan S. Wright on behalf of Defendant Securities America, Inc..(Wright, Megan) (Entered: 01/12/2010) |
| 01/12/2010 | 62 | REPLY BRIEF in support of MOTION to Dismiss *the Amended Complaint* 41 by Attorney Megan S. Wright on behalf of Defendant Securities America Financial Corporation.(Wright, Megan) (Entered: 01/12/2010) |
| 01/12/2010 | 63 | NOTICE regarding Reply Brief 60 *of Withdrawal of Inadvertently Filed Reply Brief and of Intent to File a Corrected Reply Brief* by Attorney Megan S. Wright on behalf of Defendant Ameriprise Financial, Inc. (Wright, Megan) (Entered: 01/12/2010) |
| 01/12/2010 | 64 | REPLY BRIEF in support of MOTION to Dismiss *the Amended Complaint* 39 *(Corrected)* by Attorney Megan S. Wright on behalf of Defendant Ameriprise Financial, Inc..(Wright, Megan) (Entered: 01/12/2010) |

| | | |
|---|---|---|
| 01/15/2010 | 65 | NOTICE of filing documents with the MDL Panel pending before the Central District of California (KBJ) (Entered: 01/15/2010) |
| 01/20/2010 | 66 | MOTION to Stay *All Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation* by Attorney Megan S. Wright on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc..(Wright, Megan) (Entered: 01/20/2010) |
| 01/20/2010 | 67 | BRIEF in support of MOTION to Stay *All Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation* 66 by Attorney Megan S. Wright on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc..(Wright, Megan) (Entered: 01/20/2010) |
| 01/22/2010 | 68 | NOTICE of filing with the MDL Panel pending before the Central District of California (KBJ) (Entered: 01/22/2010) |
| 01/25/2010 | 69 | NOTICE of filing with the MDL Panel pending before the Central District of California (KBJ) (Entered: 01/26/2010) |
| 02/01/2010 | 70 | NOTICE of filing with the MDL Panel pending before the Central District of California (KBJ) (Entered: 02/02/2010) |
| 02/05/2010 | 71 | NOTICE of filing with the MDL Panel pending before the Central District of California. (Attachments: # 1 Notice A, # 2 Notice B, # 3 Notice C, # 4 Notice D, # 5 Notice E)(KBJ) (Entered: 02/08/2010) |
| 02/08/2010 | 72 | BRIEF in opposition to MOTION to Stay *All Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation* 66 by Attorney Brian J. Brislen on behalf of Plaintiffs Burt Eiseman, Ilene Grossbard.(Brislen, Brian) (Entered: 02/08/2010) |
| 02/08/2010 | 73 | INDEX in opposition to MOTION to Stay *All Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation* 66 by Attorney Brian J. Brislen on behalf of Plaintiffs Burt Eiseman, Ilene Grossbard. (Attachments: # 1 Exhibit 1, # 2 Exhibit Exhibit A, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Brislen, Brian) (Entered: 02/08/2010) |
| 02/08/2010 | 74 | NOTICE of filing with the MDL Panel pending before the Central District of California. (JSF) (Entered: 02/09/2010) |
| 02/11/2010 | 75 | NOTICE of filing with the MDL Panel pending before the Central District of California. (KBJ) (Entered: 02/11/2010) |
| 02/18/2010 | 76 | REPLY BRIEF in support of MOTION to Stay *All Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation* 66 by Attorney Megan S. Wright on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc..(Wright, Megan) (Entered: 02/18/2010) |
| 02/18/2010 | 77 | INDEX in support of MOTION to Stay *All Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation* 66 by Attorney Megan S. Wright on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc.. (Attachments: # 1 Exhibit A)(Wright, Megan) (Entered: 02/18/2010) |
| 02/19/2010 | 78 | NOTICE of filing with the MDL Panel pending before the Central District of California. (KBJ) (Entered: 02/22/2010) |
| 02/23/2010 | 79 | ORDER – The defendants' Motion to Stay All Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation 66 is denied. Ordered by Magistrate Judge Thomas D. Thalken. (JAE) (Entered: 02/23/2010) |

| | | |
|---|---|---|
| 03/01/2010 | 80 | NOTICE of filing with the MDL Panel pending before the Central District of California (KBJ) (Entered: 03/01/2010) |
| 03/05/2010 | 81 | APPLICATION/ORDER admitting pro hac vice Attorney Nicholas Christakos for Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc. Ordered by Deputy Clerk. (KBJ) (Entered: 03/05/2010) |
| 03/05/2010 | 82 | NOTICE of filing with the MDL Panel pending before the Central District of California (KBJ) (Entered: 03/05/2010) |
| 03/08/2010 | 83 | MOTION to Withdraw as Attorney *For Plaintiffs* by Attorney Scott L. Adkins on behalf of Plaintiff Burt Eiseman.(Adkins, Scott) (Entered: 03/08/2010) |
| 03/08/2010 | 84 | TEXT ORDER granting 83 Motion to Withdraw as Attorney. For good cause shown, pursuant to NEGenR 1.3(f), movant Scott L. Adkins is granted leave to withdraw as counsel for the plaintiffs. The Clerk of Court shall stop all electronic notices to Mr. Adkins regarding this case. Ordered by Magistrate Judge Thomas D. Thalken. (PMD) (Entered: 03/08/2010) |
| 03/09/2010 | 85 | NOTICE of filing with the MDL Panel pending before the Central District of California (KBJ) (Entered: 03/09/2010) |
| 03/11/2010 | 86 | NOTICE of filing Notice of Oral Argument with MDL panel, MDL Docket 2145, by Attorney Nicholas T. Christakos on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc. (ADB, ) (Entered: 03/11/2010) |
| 03/15/2010 | 87 | NOTICE of filing with the MDL Panel pending before the Central District of California (KBJ) (Entered: 03/15/2010) |
| 03/18/2010 | 88 | NOTICE of filing with the MDL Panel pending before the Central District of California (KBJ) (Entered: 03/19/2010) |
| 03/22/2010 | 89 | NOTICE of Wells Fargo Bank N.A.'s notice of a potential "tag−along" action. (Attachments: # 1 Continuation of document, # 2 Continuation of document) (SED) (Entered: 03/23/2010) |
| 03/25/2010 | 90 | NOTICE of filing with MDL docket 2145 of a copy of Nebraska complaint 8:10cv3051 by Attorney Nicholas T. Christakos on behalf of Defendants Ameriprise Financial, Inc., Securities America Financial Corporation, Securities America, Inc. (Attachments: # 1 additional pages)(ADB, ) (Entered: 03/26/2010) |
| 04/15/2010 | 91 | COPY OF CONDITIONAL TRANSFER ORDER from the Multidistrict Litigation Panel. Clerk to wait for certified copy of order to transfer the file to USDC−Central District of California, Docket No. 2145 Medical Capital Securities Litigation. (Attachments: # 1 cover letter)(ADB, ) (Entered: 04/15/2010) |
| 04/22/2010 | 92 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER. Case is transferred to USDC−California, 8:10cv478−DOC, MDL Docket No. 2145. (Attachments: # 1 Cover Letter) (ADB, ) (Entered: 04/23/2010) |
| 04/23/2010 | 93 | Transmittal Letter transferring case to USDC−CA enclosing certified copy of Order − MDL Transfer 92 along with all documents and certified docket sheet. (ADB, ) (Entered: 04/23/2010) |
| 04/28/2010 |  | Case transferred to District of California, Central District, Western Division. Original electronic file sent. (ADB, ) (Entered: 04/28/2010) |